**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHARLES R. WINTZ, JR.,

   Plaintiff,                                CASE NO.:  3:18-cv-00094-MMH-MCR

-VS-

ACCELERATED RECEIVABLES
MANAGEMENT, INC.,

   Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Charles R. Wintz, Jr., Plaintiff

    Sami Thalji, Esq., Counsel for Plaintiff

    Stamatakis + Thalji + Bonanno, Plaintiff's counsel's law firm

    Accelerated Receivables Management, Inc., Defendant

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Charles R. Wintz, Jr.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing of learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this 18th day of January, 2017 to all parties of record.

STAMATAKIS + THALJI + BONANNO

By: / s /         Sami Thalji
Sami Thalji, Esquire, Trial Counsel
Florida Bar No.:165913
Melissa Thalji, Esquire
Florida Bar No.:174467
Nick Fowler
Florida Bar No.:81856
P.O. Box 341499
Tampa, Florida 33694

(813) 282-9330 (telephone)
(813) 282-8648 (facsimile)
Notice of Primary Email: <u>Service@MyInjury.com</u>
Counsel for Plaintiff