**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CHARLES R. WINTZ, JR.,**

    Plaintiff,                                                        **CASE NO.: 3:18-cv-94-J-34MCR**

vs.

**ACCELERATED RECEIVABLES**
**MANAGEMENT, INC.,**
        **Defendant.**                /

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following, pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Defendant:

Accelerated Receivables Management, Inc., a Florida corporation
3740 Beach Boulevard, Suite 307-A, Jacksonville, Florida 32207
Incorporated April 18, 1997

Defendant's Shareholders and Officers:

Francine Claire Landau, Shareholder, President and Treasurer
Glenn Whittington, Shareholder, Vice President and Secretary

Defendant's Counsel and Law Firm:

*Counsel for Defendant*: Thomas R. Ray, Esq. and Bethany R. Reichard, Esq.
*Defendant's counsel's law firm*: Holbrook, Akel, Cold, Ray & Reichard, P.A.

Plaintiff:   Please refer to Plaintiff's filed Certificate of Interested Persons for information regarding the Plaintiff's information.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Charles R. Wintz, Jr.

I HEREBY CERTIFY THAT, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing of learning of any such conflict. I further certify that I have inserted "None" or "None Known" if there is no actual or potential conflict of interest.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on March 6, 2018 to all parties of record.

**HOLBROOK, AKEL, COLD, RAY & REICHARD, P.A.**

s/ Thomas R. Ray
**THOMAS R. RAY, ESQUIRE**
**Florida Bar No. 273848**
E-Mail: tray@hacsr.com
**BETHANY RAY REICHARD, ESQUIRE**
**Florida Bar No. 520136**
E-Mail: breichard@hacsr.com
One Independent Drive, Suite 2301
Jacksonville, Florida 32202-5026
Telephone: (904) 356-6311
Facsimile:  (904) 356-7330
*Attorneys for Defendant*